**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

MOHAMADOU LAMINE GAKOU,

                Petitioner,

    v.

WARDEN, PIKE COUNTY
CORRECTIONAL FACILITY, et al.,

                Respondents.

CIVIL ACTION NO. 3:26-CV-01412

(MEHALCHICK, J.)

**<u>ORDER</u>**

Before the Court is Petitioner Mohamadou Lamine Gakou's ("Gakou") petition for writ of habeas corpus. (Doc. 1). Gakou previously filed a habeas petition with the Middle District of Pennsylvania, which the Honorable Julia K. Munley granted on April 27, 2026. (Doc. 6, at 1); *Gakou v. Warden*, No. 3:25-cv-2267, 2026 WL 1135979, at *4 (M.D. Pa. April 27, 2026). Judge Munley ordered Respondent Craig A. Lowe ("Lowe") to provide Gakou with a bond hearing before an immigration judge by May 11, 2026. (Doc. 6, at 1); *Gakou*, 2026 WL 1135979, at *4. The Department of Homeland Security ("DHS") provided Gakou with a bond hearing before an immigration judge on May 11, 2026; however, on that day, Lamine had a final order of removal in place because the Board of Immigration Appeals ("BIA") dismissed Gakou's appeal of his order of removal. (Doc. 6, at 1). Therefore, the immigration judge denied Lamine's bond request because, at the time of the hearing, Lamine was subject to mandatory detention under 8 U.S.C. § 1231. (Doc. 6, at 1).

On May 11, 2026, Gakou filed a petition for review of a final order of removal with the Third Circuit. (Doc. 6, at 2). On May 13, 2026, the Third Circuit stayed Gakou's removal order. (Doc. 6-5). On May 21, 2026, Gakou filed the instant petition for writ of habeas corpus.

(Doc. 1). On June 2, 2026, Lowe filed a response. (Doc. 6). On June 5, 2026, Gakou filed a traverse. (Doc. 8). On June 14, 2026, Lowe provided a notice to the Court that Gakou is scheduled to have bond hearing before an immigration judge on June 15, 2026. (Doc. 9).

In his petition, Gakou avers that Lowe violated his Fifth Amendment procedural and substantive due process rights by failing to provide him with an adequate bond hearing. (Doc. 1, at 1). Lowe counters that the immigration judge did not provide Gakou with a bond hearing in accordance with 8 U.S.C. § 1226(a) because, at the time of the bond hearing, Gakou was subject to detention under 8 U.S.C. § 1231. (Doc. 6, at 1). Lowe also provides that counsel requested DHS to schedule Gakou a bond hearing in accordance with § 1226(a) as soon as possible. (Doc. 6, at 2-3). In his notice to the Court, Lowe provides that Gakou is scheduled to have a bond hearing before an immigration judge on June 15, 2026. (Doc. 9, at 1).

Section 1231(a)(1)(B) of the Immigration and Nationality Act provides that,

> The removal period begins on the latest of the following:
>
> (i)      The date the order of removal becomes administratively final.
> (ii)     If the removal order is judicially reviewed and if a court orders a stay of the removal of the alien, the date of the court's final order.
> (iii)    If the alien is detained or confined (except under an immigration process), the date the alien is released from detention or confinement.

Therefore, if a court with jurisdiction to review the removal order issues a stay of removal, the removal period has not begun. 8 U.S.C. § 1231(a)(1)(B); *Johnson v. Guzman Chavez*, 594 U.S. 523, 535 (2021) ("once the BIA has reviewed the order . . ., DHS is free to remove the alien *unless* a court issues a stay").

Gakou's removal period has not begun because the Third Circuit stayed his order of removal on May 13, 2026. (Doc. 6-5, at 1); 8 U.S.C. § 1231(a)(1)(B); *see Johnson*, 594 U.S. at 535. Accordingly, Gakou is properly detained under § 1226(a) and entitled to a bond hearing.

*see Johnson,* 594 U.S. at 535; *see Gakou* 2026 WL 1135979, at \*4. As Gakou is scheduled to have a bond hearing before an immigration judge on June 15, 2025, Gakou's petition for writ of habeas corpus is **DENIED as moot**. (Doc. 1). Gakou may move to reopen this matter if his bond hearing is not conducted pursuant to § 1226(a). The Clerk of Court is directed to close this matter.

BY THE COURT:

**Dated: June 15, 2026**

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**